IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HORACE BELL,

      Petitioner,              No. CIV S-10-0975 KJM P

      vs.

DEPARTMENT OF CORRECTIONS
AND REHABILITATION,

      Respondents.          ORDER
_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. While it is not entirely clear, it appears petitioner challenges the execution of his sentence. See Pet. at 20. Petitioner is currently serving his sentence in Kern County and Kern County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

      Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of this court may, on the court's own motion, be transferred to the proper division. Therefore, this action will be transferred to the Fresno Division of the court.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

1        2. All future filings shall reference the new Fresno case number assigned and
2   shall be filed at:

3              United States District Court
               Eastern District of California
4              2500 Tulare Street
               Fresno, CA 93721
5

6   DATED: April 30, 2010.

7   _____
    U.S. MAGISTRATE JUDGE
8

9   1
    bell0975.109